Slip Op. 08 – 139

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HUSTEEL COMPANY, LTD. and SEAH CORP., LTD,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>  and<br><br>IPSCO TUBULARS, INC., LONE STAR STEEL CO. INC., and MAVERICK TUBE CORP.,<br><br>    Defendant-Intervenors. | **BEFORE: GREGORY W. CARMAN, JUDGE**<br><br>Court No. 06-00075 |

## JUDGMENT

Upon consideration of Department of Commerce's remand results, the parties' comments, and all other pertinent papers, and pursuant to USCIT R. 54, it is hereby

**ORDERED** that judgment is entered sustaining the "Results Pursuant to Remand" in the U.S. Department of Commerce's <u>RESULTS OF REDETERMINATION ON REMAND PURSUANT TO HUSTEEL COMPANY LTD. AND SEAH CORP., LTD. V. UNITED STATES</u>, Ct. No. 06-00075 (December 4, 2008); and it is further

**ORDERED** that this case is dismissed.

    /s/ Gregory W. Carman   
Gregory W. Carman, Judge

Dated:   December 22, 2008
      New York, New York